FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 3 0 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INFORMATION |
| v. | NO. |
| PETER MOSHOU | 1:05-CR-312 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about November 23, 2004, through and including on or about January 25, 2005, the Defendant, PETER MOSHOU, did knowingly access a protected computer without authorization and did intentionally initiate the transmission of multiple commercial electronic mail messages from and through such computer, in which the volume of electronic mail messages transmitted in furtherance of the offense exceeded 2,500 during a 24-hour period, 25,000 during a 30-day period, and 250,000 during a 1-year period, and as a result of which Defendant obtained things of value aggregating $5,000 and more during a 1-year period, said access and transmission in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1037(a)(1), (b)(2)(A), (b)(2)(C), and (b)(2)(E).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 205151
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6012
(404) 581-6181 (facsimile)

_____
RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 121760