U.S. Department of Justice
United States Attorney

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 07 2005

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta-Northern District of GA
(USAO 2005R00061)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:05-CR-312

MAGISTRATE CASE NO. _____

__ Indictment    X Information    __ Magistrate's Complaint

DATE: _____    DATE: June 30, 2005    DATE: _____

UNITED STATES OF AMERICA
vs.
**Peter Moshou**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
X Felony    __ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. X Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____    Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ____ Federal    __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes    __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: Aaron Danzig
DEFT'S ATTY: Morton Rivkind

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: Aaron Danzig
Assistant United States Attorney

DATE: June 30, 2005

cc: Orig - Court file
Copy - U.S. ATTORNEY
Copy - Defense Attorney